| | | |
|---|---|---|
| Debtor 1 | **Lonnie James Guidry** | Social Security number or ITIN  **xxx–xx–8064** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Western District of Louisiana**

Case number:  **15–50597**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lonnie James Guidry

Signed this the 25th day of January 2016.

/s/ Robert Summerhays
Robert Summerhays
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

```
                      United States Bankruptcy Court
                      Western District of Louisiana

In re:                                               Case No. 15-50597-RRS
Lonnie James Guidry                                  Chapter 7
        Debtor             CERTIFICATE OF NOTICE

District/off: 0536-4          User: lchamp        Page 1 of 2       Date Rcvd: Jan 25, 2016
                             Form ID: 318         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2016.
db           +Lonnie James Guidry,   1048 Cypress Lane,   Saint Martinville, LA 70582-6516
smg          +Louisiana Department of Revenue and Taxation,   Attn: Bankruptcy Division,   P.O. Box 66658,
               Baton Rouge, LA 70896-6658
cr           +Ally Financial serviced by Ally Servicing LLC,   The Sundmaker Firm, LLC,   1027 Ninth Street,
               New Orleans, LA 70115-2308
cr           +IBERIABANK,   c/o Sue T. Mann,   Onebane Law Firm,   1200 Camellia Blvd.,   Suite 300,
               Lafayette, LA 70508-6171
cr           +Iberiabank,   Kreig A. Breaux,   Landry, Watkins, Repaske & Breaux,   P.O. Drawer 12040,
               211 East Main Street,   New Iberia, LA 70560-3726
6777061       Home Depot Credit Services,   P. O. Box 653000,   Des Moines, IA 50368
6777062       Iberia Emergency Group,   P. O. Box 400,   San Antonio, TX 78292-0400
6930126      +IberiaBank,   c/o Sue T. Mann,   Onebane Law Firm,   P. O. Box 3507,   Lafayette, LA 70502-3507
6777064     #+Michael F. Miley,   DeBaillon & Miley,   P. O. Drawer 51387,   Lafayette, LA 70505-1387
6777067      +St. Martin Parish Sheriff Dept.,   P. O. Box 247,   Saint Martinville, LA 70582-0247
6777068      +State of Louisiana,   Dept. of Revenue,   P. O. Box 66658,   Baton Rouge, LA 70896-6658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy_bpc@lwc.la.gov Jan 25 2016 20:10:09     Louisiana Department of Labor,
               Attn: Kathy Bookter,   P.O. Box 94094,   Baton Rouge, LA  70804-9094
smg           E-mail/Text: bankruptcy_bpc@lwc.la.gov Jan 25 2016 20:10:09     Louisiana Department of Labor,
               Attn: Lorraine Roach,   P.O. Box 94094,   Baton Rouge, LA  70804-9094
smg          +E-mail/Text: bankruptcy_bpc@lwc.la.gov Jan 25 2016 20:10:09
               State of Louisiana, Dept. of Labor,   Delinquent Accounts Unit,   POB 44127,
               Baton Rouge, LA 70804-4127
6777059       EDI: GMACFS.COM Jan 25 2016 19:53:00     Ally Financial,   P. O. Box 130424,
               Roseville, MN 55113-0004
6777060       EDI: RMSC.COM Jan 25 2016 19:53:00     GECRB/Lowes,   P. O. Box 965005,
               Orlando, FL 32896-5005
6847686      +E-mail/Text: ecfmailbox@iberiabank.com Jan 25 2016 20:11:24     IBERIABANK,   P.O. BOX 52747,
               LAFAYETTE LA 70505-2749
6777063       EDI: IRS.COM Jan 25 2016 19:53:00     Internal Revenue Service,   P. O. Box 7346,
               Philadelphia, PA 19101-7346
6778938      +EDI: OPHSUBSID.COM Jan 25 2016 19:53:00     OAK HARBOR CAPITAL VII, LLC,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
6777065      +EDI: OPHSUBSID.COM Jan 25 2016 19:53:00     Oak Harbor Capital IV, LLC,
               c/o Weinstein and Riley PS,   2001 Western Ave. #400,   Seattle, WA 98121-3132
6777066       EDI: PRA.COM Jan 25 2016 19:53:00     Portfolio Recovery Associates,   P. O. Box 41067,
               Norfolk, VA 23541
6777069      +E-mail/Text: ecfmailbox@iberiabank.com Jan 25 2016 20:11:24     Teche Federal Bank,
               P. O. Box 11710,   New Iberia, LA 70562-1710
6777070      +E-mail/Text: ustpregion05.sh.ecf@usdoj.gov Jan 25 2016 20:08:57     United States Trustee,
               United States Courthouse,   300 Fannin Street #3196,   Shreveport, LA 71101-3079
                                                                               TOTAL: 12

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6784890*      Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2016                           Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2016 at the address(es) listed below:

    Arthur S. Mann, III   on behalf of Creditor   Ally Financial serviced by Ally Servicing LLC
     arthur@sundmakerfirm.com
    Donald R. Fuselier   on behalf of Debtor Lonnie James Guidry donaldfuselier@bellsouth.net
    John W. Luster   luster_jbr@bellsouth.net,  LA29@ecfcbis.com
    Kreig A. Breaux   on behalf of Creditor   Iberiabank kreig.breaux@landrywatkins.com,
     liz.broussard@landrywatkins.com
    Office of  U. S. Trustee   USTPRegion05.SH.ECF@usdoj.gov
    Sue Tannehill Mann   on behalf of Creditor   IBERIABANK manns@onebane.com,
     bankruptcycourt@onebane.com

                                          TOTAL: 6